No. D–2364. IN RE DISCIPLINE OF KLINGENBERG. Ronald L. Klingenberg, of Washington, D. C., is suspended from the practice

of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.